IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM MULDROW, JR.,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3116

Opinion filed September 27, 2016.

An appeal from an order of the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

John M. Leace, of Brooks, LeBoeuf, Bennett, Foster & Gwartney, P.A.,
Tallahassee, for Appellant; William Muldrow, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.